DOUGLAS CARSTEN, State Bar No. 198467
(dcarsten@wsgr.com)
CHRISTINA E. DASHE, State Bar No. 292360
(cdashe@wsgr.com)
NATHANIEL R. SCHARN, State Bar No. 305836
(nscharn@wsgr.com)
WILSON SONSINI GOODRICH & ROSATI P.C.
12235 El Camino Real, Suite 200
San Diego, California 92130
Telephone: 858.350.2300
Fax: 858.350.2399

RYAN SMITH, State Bar No. 229323
(rsmith@wsgr.com)
CHRISTOPHER D. MAYS, State Bar No. 266510
(cmays@wsgr.com)
WILSON SONSINI GOODRICH & ROSATI P.C.
650 Page Mill Road
Palo Alto, CA 94304
Telephone: 650.493.9300
Fax: 650.493.6811

Attorneys for Plaintiffs IPS Group, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SAN DIEGO DIVISION

| | |
|---|---|
| IPS GROUP, INC., a Pennsylvania corporation,<br><br>Plaintiff,<br><br>v.<br><br>CIVICSMART, INC., a Delaware corporation, DUNCAN PARKING TECHNOLOGIES, INC., a Delaware corporation, and DUNCAN SOLUTIONS, INC., a California corporation,<br><br>Defendants. | CASE NO. 17-cv-0632-CAB (MDD)<br><br>**IPS GROUP, INC.'S NOTICE OF MOTION & MOTION FOR PRELIMINARY INJUNCTION**<br><br>Judge: Cathy Ann Bencivengo<br>Courtroom: 4C<br>Date: June 30, 2017<br><br>PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT<br><br>JURY TRIAL DEMANDED |

# NOTICE OF MOTION AND MOTION

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on June 30, 2017, in Courtroom 4C of the above-entitled Court, located at 221 West Broadway, San Diego, California 92101, Plaintiff IPS Group, Inc. ("IPS Group") will, and hereby does, move this Court for an entry of preliminary injunction prohibiting Defendants CivicSmart, Inc., and Duncan Parking Technologies, Inc., (collectively, "the PI Defendants") from continuing to make false statements about their product in relation to IPS Group's intellectual property and ordering the PI Defendants to make such further statements as are necessary to correct these false statements.

This Motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the pleadings and papers on file, and upon such oral argument as may be heard on the Motion.

Dated: May 26, 2017    Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


By: */s/ Douglas Carsten*
   Douglas Carsten

Attorneys for Plaintiff IPS Group, Inc.

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed with the Court's CM/ECF system which will provide notice on all counsel deemed to have consented to electronic service. All other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing document by mail on this day.

Dated: May 26, 2017                Respectfully submitted,

                                   WILSON SONSINI GOODRICH & ROSATI
                                   Professional Corporation


                                   By: */s/ Douglas Carsten*
                                        Douglas Carsten

                                   Attorneys for Plaintiff IPS Group, Inc.