DOUGLAS CARSTEN, State Bar No. 198467
(dcarsten@wsgr.com)
NATHANIEL R. SCHARN, State Bar No. 305836
(nscharn@wsgr.com)
JAMES P.H. STEPHENS, State Bar No. 317203
(jstephens@wsgr.com)
WILSON SONSINI GOODRICH & ROSATI P.C.
12235 El Camino Real
San Diego, California 92130
Telephone: 858.350.2300
Fax: 858.350.2399

CHRISTOPHER D. MAYS, State Bar No. 266510
(cmays@wsgr.com)
WILSON SONSINI GOODRICH & ROSATI P.C.
650 Page Mill Road
Palo Alto, CA 94304
Telephone: 650.493.9300
Fax: 650.493.6811

Attorneys for Plaintiff IPS Group, Inc.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### SAN DIEGO DIVISION

| | |
|---|---|
| IPS GROUP, INC., a Pennsylvania corporation, <br><br> Plaintiff, <br><br> v. <br><br> CIVICSMART, INC., a Delaware corporation, DUNCAN PARKING TECHNOLOGIES, INC., a Delaware corporation, and DUNCAN SOLUTIONS, INC., a California corporation, <br><br> Defendants. | CASE NO.: 17-cv-632-CAB-MDD <br><br> **PARTIES' JOINT STIPULATION OF DISMISSAL** <br><br> Judge: Hon. Cathy Ann Bencivengo <br> Courtroom 4C <br> Magistrate Judge: Mitchell D. Dembin <br><br> Complaint Filed: March 29, 2017 |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff IPS Group, Inc. ("IPS") and Defendants Duncan Solutions, Inc., Duncan Parking Technologies, Inc., and CivicSmart, Inc. ("Defendants") (collectively, the "Parties"), having reached a settlement agreement, hereby dismiss all claims and counterclaims in this action[1] with prejudice, and jointly move the Court to close this matter.  Each party shall bear its own fees and costs.

Dated: April 18, 2019          Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: */s/ Nathaniel R. Scharn*
        Nathaniel R. Scharn

*Attorneys for Plaintiff IPS Group, Inc.*

Dated: April 18, 2019          MINTZ LEVEN COHN FERRIS GLOVSKY
AND POPEO P.C.

By: */s/ Jinnie L. Reed*
        Jinnie L. Reed

*Attorneys for CivicSmart, Inc., Duncan Parking Technologies, Inc., and Duncan Solutions, Inc.*

---

[1] The Parties have reached a separate agreement with respect to the related 15-cv-1526 matter, and will file a separate request in that case pursuant to that agreement.

## SIGNATURE ATTESTATION

I, Nathaniel R. Scharn, hereby attest that I obtained the concurrence of Jinnie L. Reed in filing this document. I declare under penalty of the laws of the United States that the foregoing is true and correct.

Executed this 18th day of April 2019 at San Diego, California.


By: */s/ Nathaniel R. Scharn*
      Nathaniel R. Scharn

*Attorneys for Plaintiff IPS Group, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was filed with the Court's CM/ECF system which will provide notice on all counsel deemed to have consented to electronic service.  All other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing document by mail on this day.

Dated: April 18, 2019          By: */s/ Nathaniel R. Scharn*
                                      Nathaniel R. Scharn

                               *Attorneys for Plaintiff IPS Group, Inc.*