UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IPS GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> CIVICSMART, INC., DUNCAN SOLUTIONS, INC. and DUNCAN PARKING TECHNOLOGIES, INC., <br><br> Defendants. | Case No.: 17-CV-632-CAB-(MDD) <br><br> **ORDER ON STIPULATION AND JOINT MOTION TO DISMISS** <br><br> **[Doc. No. 148]** |

The parties' joint motion for dismissal with prejudice is hereby **GRANTED**. The stipulation for dismissal is hereby approved and the entire action and all parties are **DISMISSED** with prejudice. Each party to bear their own attorney's fees and costs.

It is **SO ORDERED.**

Dated: April 18, 2019

_____
Hon. Cathy Ann Bencivengo
United States District Judge